UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 06-6482 SBA |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| ALAN R. BRAYTON, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Good cause having been shown by Petitioner upon its Verified Petition To Enforce Internal Revenue Service Summonses, filed on October 17, 2006,

IT IS HEREBY ORDERED THAT Respondent Alan R. Brayton appear before this Court on **February 27, 2007, at 1 p.m.**, in Courtroom No. 3, 3rd Floor, United States District Court, 1301 Clay Street, Oakland, California, and then and there show cause, if any, why Respondent should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon Respondents as alleged and set forth in said petition;

IT IS FURTHER ORDERED THAT a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the hearing scheduled in this Order above specified;

IT IS FURTHER ORDERED that within twenty-one (21) days before the hearing scheduled in this Order, Respondent may file and serve a written response to the Petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. §1746, as well as any motion Respondent desires to make, that the Petitioner may file and serve a written reply to such response, if any, within

1 fourteen (14) days before the hearing scheduled in this Order.  Both Petitioner and Respondent shall take
2 notice that only those issues raised by motion or brought into controversy by the responsive pleadings
3 and supported by affidavit(s) or declaration(s) will be considered at the hearing and any uncontested
4 allegation in the petition may be deemed admitted.

     IT IS SO ORDERED.

Dated: 12/15/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge