IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  C-06-6482-SBA |
| Petitioner, | ) | |
| v. | ) | **ORDER ENFORCING SUMMONS** |
| ALAN R. BRAYTON, | ) | |
| Respondent. | ) | |

This case having come on for hearing on February 27, 2007, upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, Alan R. Brayton, shall appear before Revenue Agent Chris Eubanks, or any other designated agent, on March 20, 2007, at 9:00 a.m., at the Offices of the Internal Revenue Service located at 100 Smith Ranch Road, San Rafael, CA 94903-1900, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, copies of which are attached hereto as **Exhibits A** and produce for the Revenue Agent's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this __1st__ day of __March__ _____, at Oakland, California.



UNITED STATES DISTRICT JUDGE

# Summons

In the matter of Alan R. Brayton
Internal Revenue Service (Division): Small Business and Self Employed
Industry/Area (name or number): Examination Area 7
Periods: Tax year ending December 31, 2002

## The Commissioner of Internal Revenue

**To:** Alan R. Brayton

**At:** 222 Rush Landing Road, Novato, CA 94948

You are hereby summoned and required to by     Linda M. Garrard, Tax Attaché, US Embassy London
an officer of the Internal Revenue Service, to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attachment A to this Summons

**Do not write in this space**

**Business address and telephone number of IRS officer:**

Chris Eubanks (or designee) 1 Civic Center Dr., Suite 400, SBSE 1835eubanks, San Marcos, CA, 760-471-5921 ext. 397

**Place and time for production**     100 Smith Ranch Road, San Rafael, CA 94903-1900

**IRS**  on the __16__ day of __December__, __2005__ at __9:00__ o'clock __a.__ m.
Issued under authority of the Internal Revenue Code this __18__ day of __November__, __2005__

Department of the Treasury
Internal Revenue Service
*Linda M. Garrard*
Signature of issuing officer     Tax Attaché     Title
www.irs.gov

Form 2039 (Rev. 12-2001)     Signature of approving officer *(if applicable)*     Title
Catalog Number 21405J

**Original — to be kept by IRS**

Exhibit A

ATTACHMENT A TO SUMMONS ISSUED TO
Alan R. Brayton

Unless otherwise specified, this request pertains to calendar year 2002.

Unless otherwise specified, provide the original, signed, and dated documents. If originals cannot be obtained, provide signed and dated copies.

## DEFINITIONS

The term "you" and "your" refers to Alan R. Brayton and/or any entity owned and/or controlled, directly or indirectly, by Alan R. Brayton.

The term "currency options transaction" refers to all (including foreign) major and minor digital option currency transactions engaged in by or on behalf of you and/or any entity owned and/or controlled, directly or indirectly, by you during or prior to calendar year 2002.

The term "Notice 2003-81 Transaction (foreign currency options transaction)" refers to all transactions, or any part, step, or intermediate transaction, that are the same as, or substantially similar to transactions described in Notice 2003-81, 2003-2 C.B. 1223 (transactions generating losses resulting from Major and Minor currency options and contributions to charities). The term " Notice 2003-81 Transaction (foreign currency options transaction)" further refers to all transactions, or any part, step, or intermediate transaction, that involve trading strategies in foreign currencies, particularly "exotic" options, including digital foreign currency options.

The term "document" is any writing under Rule 1001(1) of the Federal Rules of Evidence, including, without limitation memoranda, agreements, papers, correspondence, notes, studies, graphs, diagrams, photographs, charts, projections, tabulations, analyses, questionnaires and responses, work papers, summaries, data sheets, reports, statistical or informational accumulations, data processing cards or worksheets, computer stored and generated documents, computer databases, computer disks and formats, machine readable electronic files or records maintained on a computer, telexes, telegrams, electronic mail (commonly referred to as "e-mail"), and similar or related documents and materials.

1

ATTACHMENT A TO SUMMONS ISSUED TO
Alan R. Brayton

## INFORMATION REQUESTED

### Introduction to the 2003-81 Transaction

1. All prospectus, offering memorandum, brochure, briefing memorandum, diagrams, pitch books, presentations, financial projections, correspondence, videos, tapes, emails and all promotional and marketing documents relating to or describing the Notice 2003-81 Transaction (foreign currency options transaction).

2. To the extent not covered by the previous request, all projections, flowcharts, financial analyses, models, and other documents pertaining to the Notice 2003-81 Transaction (foreign currency options transaction), as a whole, and each separate component, transaction, or incremental step of the Notice 2003-81 Transaction (foreign currency options transaction).

3. To the extent not covered by the previous requests, all documents upon which you relied in deciding whether to participate in the Notice 2003-81 Transaction (foreign currency options transaction) program.

4. All minutes, notes, correspondence, emails, calendar entries, and other recordings relating to or reflecting meetings, conferences and telephone conversations in which the Notice 2003-81 Transaction (foreign currency options transaction) was described to you and during which the Notice 2003-81 Transaction (foreign currency options transaction) was otherwise discussed.

5. All documents relating to the anticipated tax benefits of the Notice 2003-81 Transaction (foreign currency options transaction).

6. All documents relating to the anticipated non-tax profit or non-tax loss and anticipated economic consequences to all parties of the Notice 2003-81 Transactions (foreign currency options transaction).

7. All analysis of your potential economic risks relating to your participation in the Notice 2003-81 Transaction (foreign currency options transaction).

8. All documents that show the maximum potential costs or loss of fund that could realize as a consequence of participating in the Notice 2003-81 Transaction (foreign currency options transaction).

9. All accounting, financial, and economic opinions, reports, emails and memoranda presented to you or anyone on your behalf regarding the Notice 2003-81 Transaction (foreign currency options transaction) prior to your participation the program.

2

ATTACHMENT A TO SUMMONS ISSUED TO
Alan R. Brayton

## Notice 2003-81 Transaction (foreign currency options transaction)

1. All minutes, notes, correspondence, emails, calendar entries, and other recordings relating to or reflecting meetings, conferences and telephone conversations relating to the implementation and execution of the Notice 2003-81 Transaction (foreign currency options transaction). This request is intended to cover discussions of each separate component, transaction, or incremental step of the Notice 2003-81 Transaction (foreign currency options transaction) as well as the Notice 2003-81 Transaction (foreign currency options transaction) as a whole.

2. All records, certificates of incorporation, articles of incorporation, by-laws, minutes, certificates of filing, and any other documents or records concerning the formation, creation, operation and/or dissolution of all related entities and other entities with a transactional connection with the Notice 2003-81 Transaction (foreign currency options transaction).

3. All agreements and transactional documents relating to the Notice 2003-81 Transaction (foreign currency options transaction) as a whole and each separate component, transaction, or incremental step of the transaction, including without limitation:

    a. Partnership Agreements;
    b. Limited Liability Company (LLC) Operating Agreements;
    c. LLC Member Agreements;
    d. Management Agreements;
    e. Option Agreements;
    f. Trust Agreements;
    g. Articles of Incorporation;
    h. Asset Allocation Agreements;
    i. Trading Advisory Agreements;
    j. Loan Agreements;
    k. Deposit Agreements;
    l. Collateral Agreements;
    m. Master Foreign Exchange or Master Swap Agreements;
    n. Assignment Agreements;
    o. Liability Sharing Agreements;
    p. Guarantees;
    q. Authorizations;
    r. Withdrawal, Termination, or Distribution instructions or requests;
    s. Applications, Subscription Agreements, Agreements as to Initial Capital Contribution, Investor Questionnaires and Supplemental Investor Questionnaires.

4. All documents relating to instructions provided to you or to someone on your behalf with respect to any action to be taken by you in connection

3

ATTACHMENT A TO SUMMONS ISSUED TO
Alan R. Brayton

with the Notice 2003-81 Transaction (foreign currency options transaction).

5. All documents relating to instructions provided by you or by someone on your behalf with respect to any action to be taken by someone else in connection with the Notice 2003-81 Transaction (foreign currency options transaction).

6. All trade tickets, confirmations, or other documents evidencing currency option transactions carried out through brokerage accounts (or otherwise) by you or on your behalf including all documents related to the currency options transaction and all related foreign currency purchase and sales transactions.

7. All brokerage statements related to the currency option transactions on all accounts held by you, or entities controlled by you, including without limitation:

    a. New Account Applications;
    b. Monthly Statements;
    c. Ancillary Statements;
    d. Transactional Invoices or Receipts.

8. All minutes, notes, correspondence, emails, calendar entries, and other recordings relating to or reflecting meetings, conferences and telephone conversations relating to the implementation and execution of charitable contributions for the Notice 2003-81 Transaction (foreign currency options transaction). This request is intended to cover discussions of the separate component, transaction, or incremental step of the Notice 2003-81 Transaction (foreign currency options transaction) and any request by the charities as to preference to form of the contribution to the charity or private foundation.

9. All agreements and transactional documents relating to the Notice 2003-81 Transaction (foreign currency options transaction) as they relate to the charitable contributions to a charity or private foundation, transaction, or incremental step of the Notice 2003-81 Transaction (foreign currency options transaction).

10. All documents relating to instructions provided to you or to someone on your behalf with respect to charitable contributions and any action to be taken by you in connection with the Notice 2003-81 Transaction (foreign currency options transaction).

11. All documents relating to instructions provided by you or by someone on your behalf with respect to charitable contributions and any action to be taken by someone else in connection with the Notice 2003-81 Transaction (foreign currency options transaction).

4

ATTACHMENT A TO SUMMONS ISSUED TO
Alan R. Brayton

12. All trade tickets, confirmations, or other documents evidencing assignment and contribution to a charity or private foundation of currency option transactions carried out through brokerage accounts (or otherwise) by you or on your behalf including all documents related to the charitable contribution of currency options transaction and all related foreign currency purchase and sales transactions.

13. All assignment agreements entered into for the charitable contribution related to Notice 2003-81 Transaction (foreign currency options transaction).

14. All cancelled checks, wire transfers, and/or any other documents substantiating the funding of brokerage accounts and/or the currency options transaction.

15. All cancelled checks, wire transfers and/or other documents substantiating any transactional costs, out of pocket investment costs, and/or other amounts paid by you in connection with the Notice 2003-81 Transaction (foreign currency options transaction).

16. For all loans you obtained and/or applied for, directly or indirectly, related to the Notice 2003-81 Transaction (foreign currency options transaction), provide all documents related to such loans and loan applications.

17. All cancelled checks, wire transfers, and/or any other documents reflecting payments made on any such loan(s) obtained by you.

18. All documentation in your custody and control that shows the spot rates for currency trades occurring each day from the Trade Date(s) until the Expiration Date(s) applicable for the currency options transaction regarding the type of currency which was the subject of the currency options transaction entered into by you.

19. All documents that show how the Market Value was determined for any currency sold by or on behalf of you pursuant to the currency options transaction.

20. All financial statements and reports, including without limitation income statements, balance sheets, statements of net capital appreciation or depreciation and changes in each capital account and statements of each certified capital account balance for entities that you directly or indirectly controlled.

21. All documents relating to distributions of property by entities that you directly or indirectly controlled, either to you or to entities that you directly or indirectly controlled.

5

ATTACHMENT A TO SUMMONS ISSUED TO
Alan R. Brayton

22. All documents relating to stock transactions, foreign currency contracts, other invested funds, partnership interests or any other property for the tax year(s) ended December 31, 2002 that were acquired or whose bases were purportedly determined in any way in connection with the Notice 2003-81 Transaction (foreign currency options transaction).

23. All documents, such as canceled checks, electronic transfers, instructions, authorizations, confirmations, correspondence and agreements, etc., relating to all transfers of cash, assets or other property by you or any entity that you controlled directly or indirectly to entities you controlled directly or indirectly.

24. All documents relating to distributions by entities you controlled directly or indirectly, either to you or to entities that you controlled directly or indirectly.

25. All documents relating to all assumption of your liabilities, duties under contract, option contract liabilities, short sale obligations, or other obligations by entities you controlled directly or indirectly. This request is intended to include the assumption of all obligations of entities you controlled for which you bore the ultimate liability prior to assumption by the partnership.

26. All documents relating to or showing your actual non-tax profit or non-tax loss and actual economic non-tax financial impact to you personally as a result of your participation in the Notice 2003-81 Transactions (foreign currency options transaction).

## Tax Consequences and Treatment of the Notice 2003-81 Transaction (foreign currency options transaction)

1. All documents showing how you treated the Notice 2003-81 Transaction (foreign currency options transaction) for federal income tax purposes, including documents revealing all tax benefits claimed on tax returns in connection with the transaction. This request covers documents relating to the tax treatment on your individual income tax returns as well as the tax returns of all entities that you controlled directly or indirectly that participated in Notice 2003-81 Transactions (foreign currency options transaction).

2. All documents, including without limitation, workpapers, schedules, spreadsheets, and computations, relating to the determination of tax basis in a partnership interest, or relating to the tax basis of stock and liabilities of S corporations, as applicable, of any partnership or S corporation held by you or by any entity that you controlled directly or indirectly that

6

ATTACHMENT A TO SUMMONS ISSUED TO
Alan R. Brayton

participated in Notice 2003-81 Transactions (foreign currency options transaction).

3. All accounting books and records, including, without limitation, all charts of accounts, general ledgers, journals, working trial balance, adjusting and closing journal entries and workpapers used to reconcile books to the tax return of the partnership, the S corporation, or any entity that you controlled directly or indirectly, as applicable that participated in Notice 2003-81 Transactions (foreign currency options transaction). .

4. All documents relating to the Notice 2003-81 Transaction (foreign currency options transaction) provided by you or by someone on your behalf for the preparation of your federal and state income tax returns for calendar year 2002.

5. All documents relating to the Notice 2003-81 Transaction (foreign currency options transaction) provided by you or by someone on your behalf for the preparation of the federal and state income tax returns of all entities in which you held an interest, directly or indirectly for calendar year 2002.

6. All documents relating to the Notice 2003-81 Transaction (foreign currency options transaction) provided by you or someone on your behalf for the preparation of the federal and state income tax returns of all entities with a transactional relationship to the Notice 2003-81 Transaction (foreign currency options transaction) for calendar year 2002.

7. All documents, correspondence, reports, emails, memoranda, and opinions discussing or otherwise providing notification and advice with respect to IRS Notice 2003-81 (foreign currency options transaction).

8. All documents, correspondence, complaints, memoranda, email and notes issued by or to you, or for your benefit, concerning the disclosure of your name, identity, social security number and/or tax information to the Internal Revenue Service regarding your investment in the currency options transaction and/or the Notice 2003-81 Transaction (foreign currency options transaction).

9. All documents, correspondence, memoranda, email and notes issued by you or to you concerning IRS tax shelter promoter investigations.

10. All cancelled checks, wire transfers and/or other documents reflecting any fees and/or other compensation paid by you to any parties in connection with the Notice 2003-81 Transaction (foreign currency options transaction).

ATTACHMENT A TO SUMMONS ISSUED TO
Alan R. Brayton

11. All notes, memoranda, correspondence and other documents prepared by or on behalf of you regarding the Notice 2003-81 Transaction (foreign currency options transaction), the currency options transaction, and any representations made by any party regarding these transactions.

12. To the extent not covered by prior requests, all transactional documents relating to the Notice 2003-81 Transaction (foreign currency options transaction), including agreements, contracts, public filings, bank and brokerage firm statements, accounting records, correspondence, notes, memoranda, instruments, workpapers, and schedules.

13. All documents that show how options in the Notice 2003-81 Transaction(s) (foreign currency options transaction) were valued at the time of (1) purchase, (2) assignment, and (3) sale, exercise or expiration of non-assigned options, including all supporting documents for the valuations and valuation dates.

    a. For exchange-traded options, provide documents showing option value at the times specified above, and the contract specifications of the option.

    b. For non-exchange-traded options, provide documents showing computations of option values at the times specified above and contract specifications of the option. If option valuation formulas were used, provide supporting documents for all inputs used in the formula.

14. Provide all documents showing computations of the tax loss incurred when the loss position of the Notice 2003-81 Transaction(s) (foreign currency options transaction) was (were) assigned to a tax-exempt entity. Provide all supporting documents for the valuation of such losses.

15. Provide all documents showing computations of the tax gains and losses incurred on non-assigned options sold, exercised, or expired. Provide all supporting documents for the valuation of such gains and losses.

### Legal and Tax Advice and Opinions

1. Provide all documents relating or referring to written or oral legal advice or tax advice in connection with your participation in the Notice 2003-81 Transaction (foreign currency options transaction), the legal and tax consequences of the transaction, and the tax return position to be taken with respect to items relating to the Notice 2003-81 Transaction (foreign currency options transaction).

8

ATTACHMENT A TO SUMMONS ISSUED TO
Alan R. Brayton

2. Provide all written legal opinions and tax opinions, including all drafts thereof and amendments, supplements of addenda thereto, relating to your participation in the Notice 2003-81 Transaction (foreign currency options transaction), the legal and tax consequences of the transaction, and the tax return position to be taken with respect to items relating to the Notice 2003-81 Transaction (foreign currency options transaction).

3. Provide all documents relating to advice that recommended that you should not participate in the Notice 2003-81 Transaction (foreign currency options transaction) or claim any tax benefits with respect thereto.

4. Provide all engagement letters, representation letters, agreements, and correspondence relating to legal or tax advice relating to the Notice 2003-81 Transaction (foreign currency options transaction).

5. Provide all documents that relate to determination of the amount of legal fees incurred by you and any entity controlled by you in connection with the Notice 2003-81 Transaction (foreign currency options transaction).

6. Provide all invoices, billing records, cancelled checks relating to fees for legal and tax advice and assistance with respect to the Notice 2003-81 Transaction (foreign currency options transaction).

**Miscellaneous**

1. Provide all mortgage applications, loan or credit applications, credit reports, and financial statements that show or refer to your assets, including interests in entities, and liabilities or other obligations, including tax obligation, that in any way relate to the Notice 2003-81 Transaction (foreign currency options transaction).

2. Provide all documents reflecting or relating to any claims for damages or reimbursement of costs, whether filed or unfiled, made upon any party by you or on your behalf in connection with your participation in the Notice 2003-81 Transaction (foreign currency options transaction). This request is intended to cover documents in all civil actions filed by you against promoters, legal advisors, tax advisors, or financial institutions.

3. To the extent not covered by other requests, all other documents relating to the Notice 2003-81 Transaction (foreign currency options transaction), including, without limitation, all agreements, instruments, notes, diagrams, memoranda, correspondence, emails, confirmations, reports, opinions and descriptions.

9

ATTACHMENT A TO SUMMONS ISSUED TO
Alan R. Brayton

4. Claim of Privilege -- For any document you deem privileged, list the following:

    a. The type of document (e.g. letter, notebook, etc.) and the number of pages it contains.

    b. The date of the document.

    c. The name and title of the signor of the document, if signed.

    d. The name and title of each recipient or addressee of the document.

    e. The present location of the document.

    f. A statement of the basis for the privilege claim.

    g. A general statement of the subject matter of the document.

    h. The name and title of all persons who received copies of the document.



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| November 18, 2005 | 10:30 AM |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____
222 Rush Landing Road, Novato, CA 94948

| Signature | Title |
|---|---|
| Linda M Hammel | T of attache |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
|  |  |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 12-2001)